# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2018

153828 (80)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 153828
COA: 324018
Wayne CC: 14-000152-FC

THEODORE PAUL WAFER,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's March 9, 2018 order is considered, and it appearing to this Court that the case of *People v Davis* (Docket No. 156406) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present motion for reconsideration, we ORDER that the motion for reconsideration be held in ABEYANCE pending the decision in that case.

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2018



Clerk

t0419